# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV02119

Plaintiff:
**Mauricio Marquez**

vs.

Defendant:
**Michael Tavenner**

Received by ESQ Process Servers to be served on **MICHAEL TAVENNER, 1506 Colonial Terrace, Arlington, VA 22209**.

I, David E. Smith, being duly sworn, depose and say that on the **9th day of November, 2005** at **5:59 pm**, I:

**Individually Served** the within named person with a true copy of the **Summons in a Civil Case and Complaint for Breach of Contract, Breach of Fiduciary, Indemnification, and Accounting** with the date and hour endorsed thereon by me, pursuant to state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 10th day of November, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires January 1, 2007

David E. Smith
Process Server

**ESQ Process Servers**
**51 Monroe Street**
**Suite 708**
**Rockville, MD  20850**
**(301) 762-1350**
Our Job Serial Number: 2005013811
Ref: Mauricio Marquez

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mauricio Marquez
8904 Royal Crest Drive
Hyattsville, Maryland 20783

**SUMMONS IN A CIVIL CASE**

V.

Michael Tavenner
1506 Colonial Terrace
Arlington, Virginia 22209

CASE NUMBER   1:05CV02119

CASE NUM

JUDGE: Rosemary M. Collyer

DECK TYPE: Contract

DATE STAMP: 10/28/2005

TO: (Name and address of Defendant)

Michael Tavenner
1506 Colonial Terrace
Arlington, Virginia 22209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Rosenblatt
30 Court House Sq.
# 302
Rockville, MD.
20850

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 2 8 2005

CLERK

DATE

(By) DEPUTY CLERK

(Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-9-05 |

| NAME OF SERVER (PRINT) David E. Smith | TITLE INVestigator |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

1506 Colonial Terrace, Arlington, VA 22209

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-9-05
                Date

Signature of Server   David E. Smith

Address of Server   51 Monroe Street, Suite 708, Rockville, Md. 20850

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.