IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICIO MARQUEZ | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1:05CV02119 |
| MICHAEL TAVENNER | * | |
|     Defendant | * | |

\*    \*    \*    \*    \*    \*    \*

**PLAINTIFF'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26(a)**

Mauricio Marquez, Plaintiff ("Marquez" or "Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26 and this Court's Scheduling Order files his Initial Disclosures and in support thereof states as follows:

    A.    The following individuals are likely to discoverable information in this matter:

    1) Mauricio Marquez
    c/o Richard B. Rosenblatt, Esq.
    30 Courthouse Square, Suite 302
    Rockville, Maryland 20850
    (301) 838-0098

    2) Michael Tavenner
    c/o Benjamin Pelton
    Pelton, Ballard, Demsky, Baskin, & O'Male
    2300 Claredon Boulevard, Suite 700
    Arlington, Virginia 22201
    (703) 276-6800

    3) William Teel
    c/o Shulman, Rogers, Gandal, Pordy & Ecker, PA
    11921 Rockville Pike
    Rockville, Maryland 20852

    B.    Documents:

1) Shareholder's Agreement and Stock Purchase Agreement - agreements that relate to the sale, purchase of stock, and running of the restaurant located at 1800 M Street, Washington, D.C., and documents related to the same which may be in the possession of the parties and their counsel. Additionally, the documents may be in the possession of

2) Letter of Credit provided by Marquez to landlord of the premises located at 1800 M. Street, Washington, D.C. The documents may be in the possession of the Plaintiff, his counsel, and the landlord.

3) correspondence between Plaintiff and Defendant and/or their agents may be in the possession of the parties, or counsel, as well as correspondence between Defendant and the purchaser of the business. The documents would be in the possession of the parties or counsel.

    C. Damages: - Plaintiff seeks damages in the amount of forty-seven thousand dollars ($47,500.00) for failure to make monthly payments pursuant to the Shareholder's Agreement. Additionally, the Plaintiff seeks damages of fifty-one thousand seven hundred fifteen dollars ($51,715.00) for rental payments that were the responsibility of Tavenner under Shareholder's Agreement. Finally, pursuant to the Shareholder's Agreement, Tavenner was responsible for Ooh-La-La's tax obligations. Tavenner failed to pay tax obligations to various taxing authorities since January, 2004. The amount of unpaid taxes is undetermined at this point. The Plaintiff reserves the right to amend his damages prior to the close of discovery.

    D.    Insurance information - none applicable.

    Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #415797
Linda M. Dorney
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
(301) 838-0098

*Counsel for Mauricio Marquez*

**Certificate of Service**

      I HEREBY CERTIFY that on the 21st day of April, 2006, a copy of the foregoing, Initial Disclosures, were served via ECF on all parties authorized to accept service by ECF or by first class mail, postage pre-paid on:

Benjamin Pelton
Pelton, Ballard, Demsky, Baskin, & O'Male
2300 Claredon Boulevard, Suite 700
Arlington, Virginia 22201

                                        \s\ Richard B. Rosenblatt
                                        Richard B. Rosenblatt