**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAURICIO MARQUEZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 1:05CV02119 |
| | ) |
| **MICHAEL TAVENNER,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

Michael Tavenner, Defendant ("Tavenner" or "Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26 and this Court's Scheduling Order files his Initial Disclosures and in support thereof states as follows:

    A.    The following individuals are likely to discoverable information in this matter:

    2)    Mauricio Marquez
            c/o Richard B. Rosenblatt, Esquire
            30 Courthouse Square, Suite 302
            Rockville, Maryland 20850
            (301) 838-0098

    1)    Michael Tavenner
            c/o Benjamin D. Pelton, Esquire
            Pelton, Balland, Demsky, Baskin, & O'Malie, P.C.
            2300 Clarendon Boulevard, Suite 700
            Arlington, Virginia 22201

    3)    William Teel
            c/o Shulman, Rogers, Gandal, Pordy & Ecker, PA
            11921 Rockville Pike
            Rockville, Maryland 20852

    4)    Chris Lyons; Ron Charvet & Other
            Property Manager for 1800 M Street
            c/o Ann McGradie
            1889 Preston White Drive, #200
            Reston, Virginia 20191

    B.    Documents:

      1)    Shareholder's Agreement and Stock Purchase Agreement - agreements that relate to the sale, purchase of stock, and running of the restaurant located at 1800 M Street, Washington, D.C., and documents related to the same which may be in the possession of the parties and their counsel.

      2)    Letter of Credit provided by Marquez to landlord of the premises located at 1800 M. Street, Washington, D.C.  The documents may be in the possession of the Plaintiff, his counsel, and the landlord.

      3)    Correspondence between Plaintiff and Defendant and/or their agents may be in the possession of the parties, or counsel, as well as correspondence between Defendant and the purchaser of the business.  The documents would be in the possession of the parties or counsel.

      4)    Not applicable.

      D)    Insurance information - none applicable.

Respectfully Submitted,

/s/ Benjamin D. Pelton
Benjamin D. Pelton, VSB#17419
2300 Clarendon Boulevard, Suite 700
Arlington, Virginia 22201
(703) 524-0770
(703) 522-4570-Fax

Counsel for Mauricio Tavenner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of April, 2006, a copy of the foregoing, Initial Disclosures, were served via ECF on all parties authorized to accept service by ECF or by first class mail, postage pre-paid on:

Richard B. Rosenblatt, Esquire
30 Courthouse Square, Suite 302
Rockville, Virginia 20850

/s/ Benjamin D. Pelton
Benjamin D. Pelton