## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *MAURICIO MARQUEZ,* ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | *Case No. 1:05CV02119* |
| ) | *Judge Rosemary Collier* |
| *MICHAEL TAVENNER,* ) | |
| ) | |
| *Defendant.* ) | |

### SUGGESTION IN BANKRUPTCY

The Clerk will please note that on August 1, 2006, the above-referenced Defendant filed a Petition in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 22314, seeking relief under Chapter 7 of the U.S. Bankruptcy Code. The Case Number is 06-10876-SSM. Filing such a petition operates as a stay, applicable to all entities, of the commencement or continuation, including the issuance of employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the filing of the petition, or to recover a claim against the debtor that arose before the filing of the petition.

*MICHAEL TAVENNER*
By Counsel

Benjamin D. Pelton, VSB #17419
Counsel for Defendant
2300 Clarendon Blvd., Suite 700
Arlington, Virginia  22201
(703) 524-0560

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Suggestion in Bankruptcy was mailed and faxed, to Richard B. Rosenblatt, Esquire/Linda M. Dorney, Esquire, 30 Courthouse Square, Suite 302, Rockville, Maryland 20850 (301) 838-3498 this  2nd  day of August, 2006.

Benjamin D. Pelton